E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4809
    Email: Margaret.Branick-Abilla@SSA.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:22-cv-00495-MAA<br><br>[~~PROPOSED~~] ORDER |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), IT IS ORDERED that fees in the amount of $3,875.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED: April 17, 2023

_____
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE